**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 07 B 592 |
| | ) | |
| RESTAURANT DEVELOPMENT GROUP, INC., | ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor, | ) | Chapter 7 Proceeding |
| | ) | |
| | ) | |
| GUS A. PALOIAN, not individually or personally, but solely in his capacity as Chapter 7 Trustee of the Debtor's Estate, | ) | |
| | ) | Adv. No.  07 A 937 |
| | ) | |
| Plaintiff, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER D. GREENFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

RECEIVED MAR 1 0 2009 JACK B. SCHMETTERER, UNITED STATES BANKRUPTCY JUDGE BANKRUPTCY COURT

### TRUSTEE'S PROPOSED STIPULATIONS OF FACT

Defendant, Gus A. Paloian, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate, hereby submits the following Proposed Stipulations of Fact:

1.      This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 157 and 1334(a).  This proceeding consists of core and non-core "related to" matters under 28 U.S.C. § 157.  Venue is proper in this district under the provisions of 28 U.S.C. § 1409(a).

2.      Debtor Restaurant Development Group, Inc. ("RDG") was a company formed in 1993.

3.      From the date of RDG's formation through the present, Roger Greenfield ("Greenfield") and Theodore Kasemir ("Kasemir") have been the sole shareholders of RDG, each owning 50% of the shares of RDG.

4.    From the date of RDG's formation through the present, Greenfield and Kasemir were the sole directors of RDG.

5.    On January 12, 2007, RDG filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

6.    In its bankruptcy schedules, RDG listed total claims, without adjustment for objections thereto, in the aggregate amount of $14,628,269.57.

7.    From its inception until December 2003, RDG provided certain services to the restaurants operated by Greenfield and Kasemir (the "G&K Restaurants").

8.    In exchange for providing services to the G&K Restaurants, RDG charged certain fees (hereinafter the "RDG Management and Marketing Fees").

9.    The RDG Management and Marketing Fee was equal to 10.5% of the gross revenues of each of the G&K Restaurants.

10.    RDG also guaranteed certain leases entered into by the G&K Restaurants. Copies of such leases are attached hereto.

11.    Through a point in December 2003, funds from accounts of G&K Restaurants were swept into an account in the name of RDG.

2

12. In 2002, City Center Retail Limited Partnership filed a lawsuit entitled: *City Center Retail Limited Partnership I v. Bar Louie Schaumburg, Inc., et al.*, No 02 L 13536 (Cir. Ct. Cook Cty.) (the "City Center Litigation")

13. In 2003, LaSalle Bank National Association as Trustee filed a lawsuit entitled: *LaSalle Bank National Association as Trustee Under Trust No. 113979 v. Red Star Chicago, Inc. and Restaurant Development Group, Inc.*, No. 03 L 6411 (Cir. Ct. Cook Cty.) (the "Rookery Litigation").

14. On or about July 22, 2003, Harold Dembo sent a memo to Greenfield, Kasemir, and Lee Zaben, RDG's then Chief Financial Officer/financial consultant, with a copy to Gary Auerbach.

15. On or about August 1, 2003, Zaben sent a memo to Dembo with a copy to Greenfield and Kasemir. (~~Trustee's Ex. 26.~~)

16. On August 27, 2003, Zaben sent an email regarding the August 25, 2003, conference call. (Trustee's Ex. 178.)

17. The oral management agreements with RDG were terminated in writing effective June 30, 2003, after which no further management fees were charged by RDG. (An example of the Termination Agreement is set forth as Trustee's Ex. 101.)

18. RDG continued to provide services to the G&K Restaurants.

3

19.     On or about December 10, 2003, the G&K Restaurants entered into written management agreements with RDG Chicago, Inc. ("RDG Chicago"). (An example of one of these management agreements is Trustee's Ex. 194.)

20.     After December 28, 2003, RDG Chicago provided services to the G&K Restaurants pursuant to the written management agreements.

21.     RDG transferred assets to RDG Chicago, inclusive of receivables, except its trademark assets, which were transferred to RDG Chicago Trademark Co.

22.     By December 2003, RDG had ceased to conduct its operations.

23.     RDG Chicago was incorporated on or about June 20, 2003 as Restaurant Development & Management Group, Inc.

24.     From the date of RDG Chicago's formation through the present, the Roger A. Greenfield Revocable Trust and Kasemir have been the sole shareholders of RDG Chicago, each owning 50% of the shares of RDG Chicago.

25.     Bar Louie America, Inc. ("Bar Louie America"), Red Star America, Inc. ("Red Star America") and Nick & Tony's America, Inc. ("Nick & Tony's America") were incorporated on September 9, 2003.

26.     Concepts America, Inc. ("Concepts America") was incorporated on June 20, 2003.

27.     The individual Bar Louie restaurants, in turn, are owned either by Bar Louie America or by Greenfield, or by the Roger A. Greenfield Revocable Trust and Kasemir.

4

28.   From the date of Red Star America's formation through the present, the Roger A. Greenfield Revocable Trust and Kasemir have been the sole shareholders of Red Star America, each owning 50% of the shares of Red Star America.

29.   The individual Red Star restaurants are owned by Red Star America.

30.   From the date of Concepts America's formation through the present, the Roger A. Greenfield Revocable Trust and Kasemir have been the sole shareholders of Concepts America, each owning 50% of the shares of Concepts America.

31.   The individual Concepts restaurants are owned either by Concepts America or by Greenfield or by the Roger A. Greenfield Revocable Trust or by the Roger A. Greenfield Revocable Trust and Kasemir individually.

32.   From the date of Nick & Tony's America's formation, the Roger A. Greenfield Revocable Trust and Kasemir have been the sole shareholders of Nick & Tony's America, each owning 50% of the shares of Nick & Tony's America.

33.   Some of the management personnel that previously were employed by RDG were employed by RDG Chicago.

34.   For a period of time ending in December 2003, RDG operated from 1840 Pickwick Avenue, Glenview, Illinois.

35.   RDG Chicago maintained an account at Harris Bank bearing account no. 390-712-8 (the "Harris Bank Account").

36. After RDG ceased its management operations, lawsuits were filed against RDG.

37. On August 19, 2004, LaSalle Bank National Association, as Trustee under Trust No. 113979 (the "Rookery"), filed a lawsuit against RDG Chicago in the Circuit Court of Cook County in Case No. 04 L 9388.

38. On September 3, 2004, City Center Retail Limited Partnership I ("City Center"), filed a Second Amended Complaint adding RDG Chicago to its lawsuit against RDG (the "City Center Litigation").

39. On March 14, 2005, Greenfield sent an email to Maria Francis. (Trustee's Ex. 272.)

40. After RDG Chicago ceased operating, certain creditors obtained judgments against RDG Chicago.

41. On July 7, 2005, the court in the Rookery Litigation entered an order.

42. On September 12, 2006, the court in the City Center Litigation entered an order granting summary judgment.

43. As of January 2005, RDG Chicago had ceased its operations.

44. The restaurants-america.com website is operated for the collective benefit of the restaurants operated by Greenfield and Kasemir.

6

45.     Patrons of the restaurants operated by Greenfield and Kasemir can redeem their diner program points through the "Restaurants-America Frequent Diner Program."

46.     The RDG Frequent Diner Program became the RDG Chicago Frequent Diner Program after December 28, 2003.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

| TRUSTEE: | DEFENDANTS: |
|---|---|
| GUS A. PALOIAN, not individually or personally, but solely in his capacity as the Chapter 7 Trustee of the Debtor's Estate,<br><br>By:_____<br>One of His attorneys<br><br>Jonathan M. Cyrluk (ARDC#6210250)<br>Henry M. Baskerville (ARDC#6285712)<br>STETLER & DUFFY, LTD.<br>11 South LaSalle Street<br>Suite 1200<br>Chicago, Illinois 60603<br><br>Daniel Lynch (ARDC#6202499)<br>LYNCH & STERN, LLP.<br>150 S. Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | ROGER GREENFIELD<br>THEODORE KASEMIR<br>CORPORATE DEFENDANTS<br><br>By:_____<br>One of Their attorneys<br><br>David K. Welch<br>Jeffrey C. Dan<br>CRANE, HEYMAN, SIMON,<br>WELCH & CLAR<br>135 S. LaSalle St. Suite 3705<br>Chicago, IL 60603<br><br>RESTAURANT MARKETING, INC,<br><br>By:_____<br>One of Its attorneys<br>Cornelius Brown<br>COHON RAIZES & REGAL, LLP<br>208 S. LaSalle Street Suite 1860<br>Chicago, IL 60604<br><br><br>HAROLD DEMBO<br>GARY AUERBACH<br>KATZ RANDALL WEINBERG & RICHMOND<br>WEINBERG RICHMOND<br><br>By:_____<br>One of Their Attorneys<br><br>Bruce Meckler<br>Christopher Kentra<br>Clark Stalker<br><br>MECKLER, BULGER & TILSON<br>123 N. Wacker Drive - Suite 1800<br>Chicago, IL  60619 |